United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEATHER W.,
Plaintiff,
v.
SSA COMMISSIONER,
Defendant.

Case No. 25-cv-06726-SI

**JUDGMENT**

The Court has granted plaintiff's motion for summary judgment in part, denied defendant's motion for summary judgment, and remanded this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 28, 2026

SUSAN ILLSTON
United States District Judge